UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HORIZON HOMES, LTD., | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION H-14-956 |
| KLM HORIZON DEVELOPMENT, LLC, *et al.*, | § § § | |
| *Defendants*. | § | |

## ORDER

Plaintiff's notice of dismissal as to all parties without prejudice (Dkt. 7) is GRANTED.

Signed at Houston, Texas on May 19, 2014.

_____
Gray H. Miller
United States District Judge